IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ULYSSES BLACKSHEAR, JR., <br><br> Plaintiff, <br><br> v. <br><br> WARDEN JOSE MORALES, *et al.*, <br><br> Defendants. | CIVIL ACTION NO.: 4:19-cv-338 |

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's April 4, 2022, Report and Recommendation, (doc. 8), to which plaintiff has not objected. Plaintiff did file a document styled "Plaintiff's Response to Court Order and Report and Recommendation," but review of that document reveals no objection to the Magistrate Judge's factual findings or legal analysis. (See doc. 11.) Therefore, the Court **ADOPTS** the Report and Recommendation as its opinion. For the reasons discussed by the Magistrate Judge, Plaintiff's claims against the Georgia Department of Corrections are **DISMISSED**. Plaintiff's Amended Complaint remains pending. (See doc. 12.) The Clerk of Court is **DIRECTED** to update the docket accordingly.

**SO ORDERED**, this 9th day of September, 2022.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA